# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

**James Baggott**

**On behalf of himself and
all others similarly situated**

      **Plaintiffs**

    **v.**                                                   **Case No. 19-CV-00504**

**ABC Phones of North Carolina, Inc.**

      **Defendant.**

## MOTION TO WITHDRAWAL OF ATTORNEY OF JOE SEXAUER

      NOW COMES the undersigned, Attorney Joe Sexauer, and moves the Court to withdraw as counsel for the Plaintiffs. The grounds for so moving are:

1. Attorney Sexauer will be transitioning to a different employer and will no longer be employed with The Previant Law Firm.

2. Attorney Yingtao Ho of the Previant Law Firm will remain with the case to represent the Plaintiffs.

3. The undersigned counsel will have no further responsibility in this case.

4. On September 4, 2020, Plaintiff Baggott verbally consented to the withdrawal.

5. The Plaintiff's mailing address is:

    James Baggott
    210 Rainbow Ridge #213
    Oak Creek, WI 53154

6. The procedural posture of the case is that the Parties will continue inform the Court of the pending settlement in a separate action and provide their next report to the Court on October 30, 2020.

Dated this 8th day of September, 2020.

                    s/Joe Sexauer
                    Joseph M. Sexauer (SBN: 1103206)
                    THE PREVIANT LAW FIRM, S.C.
                    Attorney for Plaintiff
                    310 West Wisconsin Avenue, Suite 100 MW
                    Milwaukee, WI  53203
                    (414) 271-4500 (Telephone)
                    (414) 271-6308 (Fax)
                    Email:  jms@previant.com

                    s/Paul F. Smith
                    Paul E. Smith (SBN:  45014)
                    PATTERSON HARKAVY LLP
                    Attorney for Plaintiff
                    100 Europa Dr., Ste. 420
                    Chapel Hill, NC 27517
                    (919) 942-5200 (Telephone)
                    (866) 397-8671 (Fax)
                    Email:  psmith@pathlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing MOTION TO WITHDRAW using the CM/ECF system which will send notification of such filing to the following parties of record who participate in the CM/ECF system:

>Yingtao Ho
>The Previant Law Firm, S.C.
>yh@previant.com
>Paul E. Smith
>Patterson Harkavy, LLP
>psmith@pathlaw.com
>*Counsel for Plaintiffs*
>
>Angela C. Zambrano
>Sidley Austin LLP
>Angela.zambrano@sidley.com
>Edward S. Schenk
>Williams Mullen
>eschenk@williamsmullen.com
>Margaret Hope Allen
>Sidley Austin LLP
>Margaret.allen@sidley.com
>Natali Wyson
>Sidley Austin LLP
>nwyson@sidley.com
>*Counsel for Defendant*

This 4th day of September, 2020.

>s/Joe Sexauer
>Joseph M. Sexauer (SBN: 1103206)
>THE PREVIANT LAW FIRM, S.C.
>Attorney for Plaintiff