**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:19-cv-504-BO**

| | |
|---|---|
| **JAMES BAGGOTT, on behalf of himself and all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) **JOINT MOTION FOR** ) **PRELIMINARY APPROVAL** |
| **v.** | ) **OF SETTLEMENT** ) **AGREEMENT** |
| **ABC PHONES OF NORTH CAROLINA, INC.,** | ) ) |
| **Defendant**. | ) ) |

Plaintiff James Baggott (the "Named Plaintiff") and Defendant ABC Phones of North Carolina, Inc. ("ABC," and collectively, the "Parties"), by their respective counsel, file this Joint Motion for Preliminary Approval of Settlement Agreement (the "Joint Motion") and jointly move the Court to enter an Order that:

1.      Grants preliminary approval of the Parties' Settlement and Release Agreement (the "Agreement"), which is attached as Exhibit 1 to the contemporaneously filed Memorandum of Law in Support of the Parties' Joint Motion, subject only to the objections of the Members[1] and final review by the Court;

2.      Approves the form and content of the proposed Settlement Notice Packet, which includes the Notice and FLSA Consent Form that are attached as Exhibits A and B to the Agreement;

---

[1] Any capitalized terms not defined in this Joint Motion have the meanings given to them in the Agreement.

1

3.      Authorizes the Settlement Administrator to mail by first class U.S. mail to all Class Members the Settlement Notice Packet;

4.      Provides that all FLSA Consent Forms, Opt-Out Letters, and objections to the Settlement are considered timely if they are post-marked within sixty (60) days of the date the Settlement Administrator mails the Settlement Notice Packet to the Members, so long as the FLSA Consent Forms, Opt-Out Letters, and objections to the Settlement meet the requirements contained in the Agreement and Notice;

5.      Sets a date and time for a fairness hearing on the question of whether the proposed Settlement, including the Attorneys' Fees and Costs Payment and the amount and methodology of the Individual Settlement Payments to be paid to the Members should be finally approved as fair, reasonable, and adequate as to the Members (the "Final Approval Hearing"), with sufficient time to enable the completion of the Notice, allow Members to submit FLSA Consent Forms, Opt-Out Letters, and/or objections, permit final computation of Individual Settlement Payments for Participating Class Members and Participating Collective Members, and allow the Parties to prepare and submit their Joint Motion for Final Approval of the Settlement Agreement and Plaintiffs' Counsel's Motion for Approval of Attorneys' Fees and Costs; and

6.      Sets a deadline for the Parties to submit their Joint Motion for Final Approval of the Settlement Agreement and for Plaintiffs' Counsel to submit the Motion for Approval of Attorneys' Fees and Costs, no earlier than two weeks in advance of the date for the Final Approval Hearing.

This Joint Motion is supported by the contemporaneously filed Memorandum of Law, the Agreement and exhibits attached to the Agreement, and the Declarations of James Baggott and Yingtao Ho.

2

Jointly submitted this 21st day of January, 2021.

/s/ Yingtao Ho
Yingtao Ho
yh@previant.com
Wisconsin Bar No. 1045418
Joe Sexauer
jms@previant.com
The Previant Law Firm S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53212
Telephone: (414) 271-2500
Fax: (414) 271-6308

*Counsel for Plaintiff James Baggott*

/s/ Paul E. Smith
Paul E. Smith
North Carolina Bar No. 45014
Patterson Harkavy LLP
110 Europa Drive, Suite 420
Chapel Hill, NC 27517
Telephone: (919) 942-5200
Facsimile: (866) 397-8671
psmith@pathlaw.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff James Baggott*

/s/ Angela C. Zambrano
Angela C. Zambrano
angela.zambrano@sidley.com
Texas Bar No. 24003157
Margaret Hope Allen
margaret.allen@sidley.com
Texas Bar No. 24045397
Natali Wyson
nwyson@sidley.com
Texas Bar No. 24088689
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300

*Counsel for Defendant ABC Phones of North Carolina, Inc.*

/s/  *Samuel McKinley Gray, III*

Samuel McKinley Gray, III
North Carolina Bar. No. 19939
Ward and Smith, P.A.
Post Office Box 867
1001 College Court
New Bern, NC 28563-0867
Telephone: (252) 672-5400
Facsimile: (252) 672-5477
smg@wardandsmith.com

Devon D. Williams
North Carolina Bar. No. 44914
Ward and Smith, P.A.
Post Office Box 33009
751 Corporate Center Drive, Suite 300 (Zip Code: 27607)
Raleigh, NC 27636-3009
Telephone: (919) 277-9132
Facsimile: (919) 277-9177
ddwilliams@wardandsmith.com

*Local Civil Rule 83.1(d) Counsel for Defendant ABC Phones of North Carolina, Inc.*

ND: 4815-6421-5256, v. 1

4