# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Case No. 5:19-cv-504-BO

| | |
|---|---|
| JAMES BAGGOTT, on behalf of himself and all others similarly situated, | |
| Plaintiff, | JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT |
| v. | |
| ABC PHONES OF NORTH CAROLINA, INC., | |
| Defendant. | |

Plaintiff James Baggott (the "Named Plaintiff") and Defendant ABC Phones of North Carolina, Inc. ("ABC," and collectively, the "Parties"), by their attorneys, file this Joint Motion for Final Approval of Settlement (the "Joint Motion") and move the Court to enter an Order that:

a. Grants final approval of the Parties' Settlement and Release Agreement (ECF No. 47-1) (the "Agreement"), as amended by the Parties' First Amendment to Settlement and Release Agreement filed as Exhibit 1 to the contemporaneously filed Memorandum of Law, adjudging the terms to be fair, reasonable, and adequate, and directing consummation of the terms and provisions;

b. Permanently bars and enjoins all members of the collective and class certified by the Court on February 2, 2021 (ECF No. 49)—which includes all Participating Class Members[1] and Participating Collective Members—from prosecuting against the Released Parties any Released Claims, upon satisfaction of all payments and obligations in the Agreement;

---

[1] Any capitalized terms not defined in this Joint Motion have the meanings given to them in the Agreement.

c. Finds that ABC has in all material aspects complied with the requirements of 28 U.S.C. § 1715 for the Class Action Fairness Act Notice; and

d. Enters the Agreed Order of Dismissal and reserves jurisdiction over the construction, interpretation, implementation, and enforcement of the Agreement and over the administration and distribution of Settlement benefits.

This Joint Motion is supported by the contemporaneously filed Memorandum of Law; the Declarations of Jennifer Mills, Bryan Niederberger, and Tayler G. Bragg, which are attached as Exhibits 2, 3, and 4 to the Memorandum of Law; and the Agreed Order of Dismissal, which is attached as Exhibit 5 to the Memorandum of Law.

Jointly submitted this 14th day of May, 2021.

/s/ Yingtao Ho
Yingtao Ho
yh@previant.com
Wisconsin Bar No. 1045418
The Previant Law Firm S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53212
Telephone: (414) 271-2500
Fax: (414) 271-6308

*Counsel for Plaintiff James Baggott*

/s/ Paul E. Smith
Paul E. Smith
North Carolina Bar No.
Patterson Harkavy LLP
110 Europa Drive, Suite 420
Chapel Hill, NC 27517
Telephone: (919) 942-5200
Facsimile: (866) 397-8671
psmith@pathlaw.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff James Baggott*

/s/ Angela C. Zambrano
Angela C. Zambrano
angela.zambrano@sidley.com
Texas Bar No. 24003157
Margaret Hope Allen
margaret.allen@sidley.com
Texas Bar No. 24045397
Natali Wyson
nwyson@sidley.com
Texas Bar No. 24088689
Tayler G. Bragg
tbragg@sidley.com
Texas Bar No. 24109943
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300

*Counsel for Defendant ABC Phones of North Carolina, Inc.*

/s/ Samuel McKinley Gray, III
Samuel McKinley Gray, III
North Carolina Bar. No. 19939
Ward and Smith, P.A.
Post Office Box 867
1001 College Court
New Bern, NC 28563-0867
Telephone: (252) 672-5400
Facsimile: (252) 672-5477
smg@wardandsmith.com

Devon D. Williams
North Carolina Bar. No. 44914
Ward and Smith, P.A.
Post Office Box 33009
751 Corporate Center Drive, Suite 300 (Zip Code: 27607)
Raleigh, NC 27636-3009
Telephone: (919) 277-9132
Facsimile: (919) 277-9177
ddwilliams@wardandsmith.com

*Local Civil Rule 83.1(d) Counsel for Defendant ABC Phones of North Carolina, Inc.*