**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:19-cv-504-BO**

| | | |
|---|---|---|
| **JAMES BAGGOTT, on behalf of himself and all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **ORDER GRANTING JOINT MOTION FOR** |
| **v.** | ) ) | **FINAL APPROVAL OF SETTLEMENT** |
| **ABC PHONES OF NORTH CAROLINA, INC.,** | ) ) | |
| **Defendant**. | ) ) | |

Before the Court is the Parties' Joint Motion for Final Approval of Settlement (the "Joint Motion"), for which the Court held the Final Approval Hearing on May 24, 2021. For good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED in its entirety, as follows:

a.      The Court grants final approval of the Parties' Settlement and Release Agreement (the "Agreement"),[1] as amended by the Parties' First Amendment to Settlement and Release Agreement, adjudging the terms to be fair, reasonable, and adequate, and directing consummation of the terms and provisions;

b.      The Court permanently bars and enjoins all members of the collective and class certified by the Court on February 2, 2021 (ECF No. 49)—which includes all Participating Class Members[2] and Participating Collective Members—from prosecuting against the Released Parties any Released Claims, upon satisfaction of all payments and obligations in the Agreement;

---

[1]  The Agreement is attached as Exhibit 1 to the Memorandum of Law in Support of the Parties' Joint Motion for Preliminary Approval of Settlement Agreement filed with the Court on January 21, 2021. (ECF No. 47.)

[2]  Any capitalized terms not defined in this Order have the meanings given to them in the Agreement.

c.   The Court finds that ABC has in all material aspects complied with the requirements of 28 U.S.C. § 1715 for the Class Action Fairness Act Notice; and

d.   The Court will enter the Agreed Order of Dismissal and reserve jurisdiction over the construction, interpretation, implementation, and enforcement of the Agreement and over the administration and distribution of Settlement benefits.

SO ORDERED, this 27 day of May, 2021.


_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE